

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00254-CV

**IN RE** Alton W. **CRAIN**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Adrian A. Spears II, Justice

Delivered and Filed: April 8, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, Alton Crain, Jr., filed his petition for writ of mandamus on March 30, 2026. Having considered the petition and accompanying record, we have determined that Crain has not established that he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024-CV-03445, styled *Alton Crain Jr. v. Mike Murach*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable Cesar Garcia presiding.